**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

MITCHELL STERN,
          Plaintiff,

        v.                                                          No. 3:21-cv-01365-SRU

MARA INVESTMENT GROUP LLC,
MARA INVESTMENT MANAGEMENT LP,
JUSTIN MURPHY,
          Defendants.

## DEFAULT JUDGMENT

On October 5, 2022, plaintiff Mitchell Stern ("Stern") filed an amended motion for default judgment, doc. no. 16, against defendants MARA INVESTMENT GROUP LLC, MARA INVESTMENT MANAGEMENT LP, and JUSTIN MURPHY, which the Court construed as a motion for default entry pursuant to Fed. R. Civ. P. 55(a). *See* Doc. No. 23. The Court granted Stern's motion on July 14, 2023, doc. no. 23, and Stern then filed a motion for default judgment on August 1, 2023. Doc. No. 24.

On November 16, 2023, I held a hearing on the motion for default judgment and entered a ruling on the record granting in part and denying in part the motion, and ordering default judgment as follows:

Judgment enters against MARA INVESTMENT GROUP LLC on Count One, Violation of Section 10(b) of the Securities Exchange Act and Rule 10b-5; Count Seven, Breach of Fiduciary Duty; Count Eight, Fraud; and Count Eleven, Violation of the Connecticut Unfair Trade Practices Act ("CUTPA").

Judgment enters against MARA INVESTMENT MANAGEMENT LP on Count One, Violation of Section 10(b) of the Securities Exchange Act and Rule 10b-5; Count Three, Breach of Contract; Count Eight, Fraud; Count Nine, Statutory Theft; Count Ten, Conversion;

and Count Eleven, Violation of CUTPA.

Judgment enters against JUSTIN MURPHY on Count One, Violation of Section 10(b) of the Securities Exchange Act and Rule 10b-5; Count Seven, Breach of Fiduciary Duty; Count Eight, Fraud; Count Nine, Statutory Theft; Count Ten, Conversion; and Count Eleven, Violation of CUTPA.

Eliminating duplicative damages awards, judgment shall enter for the plaintiff as follows:

- Compensatory damages on Counts One, Three, Seven, Eight, Nine, Ten, and Eleven in the amount of $594,478.08;

- Prejudgment interest in the amount of $58,085.46;

- Trebled compensatory damages on Count Nine, Statutory Theft, amounting to an additional $1,188,956.16; and

- Attorneys' fees of $45,309.46 and costs of $861.34 on Count Eleven, Violation of CUTPA, for a combined amount of $46,170.80.

Defendants MARA INVESTMENT GROUP LLC, MARA INVESTMENT MANAGEMENT LP, and JUSTIN MURPHY shall be jointly and severally liable in the amounts of $594,478.08 for compensatory damages, $58,085.46 for prejudgment interest, and $46,170.80 for attorneys' fees and costs, for a combined amount of **$698,734.34**.

In addition, defendants MARA INVESTMENT MANAGEMENT LP and JUSTIN MURPHY shall be jointly and severally liable for **the remaining $1,188,956.16**, reflecting trebled damages on Count Nine.

Therefore, it is hereby ORDERED, ADJUDGED, and DECREED that default judgment enter for the plaintiff, MITCHELL STERN, in the **total** amount of **$1,887,690.50**.

The Clerk is directed to close this case.

Dated at Bridgeport, Connecticut this 28th day of November 2023.

/s/ STEFAN R. UNDERHILL
Stefan R. Underhill
United States District Judge